**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6879**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIE NARCISO QUINONES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cr-00199-LMB-1)

Submitted:  July 23, 2026                                Decided:  July 27, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Narciso Quinones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Narciso Quinones appeals the district court's order denying his postjudgment motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Quinones*, No. 1:20-cr-00199-LMB-1 (E.D. Va. Sep. 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*